# ELECTRONIC RECORD

CCA #   09-13-00367-CR        OFFENSE:    Rape

STYLE:    Jimmy Don Casey v. The State of Texas     PUNISHMENT:   30 years

                                                COUNTY:     Liberty

TRIAL COURT:      75th District Court                        MOTION
TRIAL COURT #:      CR29444            FOR REHEARING IS:
TRIAL COURT JUDGE:   Judge Mark Morefield      DATE:
DISPOSITION:    AFFIRMED               JUDGE:

DATE:      10-29-14

JUSTICE:    Leanne Johnson      PC   NO    S   YES
PUBLISH:    NO            DNP:   YES

CLK RECORD:    09-05-13               SUPP CLK RECORD:
RPT RECORD:    09-11-13               SUPP RPT RECORD:
STATE BR:    01-27-14               SUPP BR:
APP BR:    12-13-13               PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD             CCA #   **1474-14**

_____ *APPELLANT'S* __ Petition        Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____ *Refused* _____        JUDGE: _____

DATE: ___ *03/25/2015* _____        SIGNED: _____     PC: _____

JUDGE: ___ *(signature)* _____        PUBLISH: _____     DNP: _____

_____ MOTION FOR REHEARING IN       MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____       _____ ON _____

JUDGE: _____       JUDGE: _____